| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Micah Wallace | Telephone: (313) 226-9100 | |
| | Special Agent: Paul Staso | Telephone: (703) 213-8675 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Andrew ORR

Case No. Case: 2:25-mj-30540
Judge: Unassigned,
Filed: 08-22-2025 At 05:36 PM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 17, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act - Interference with commerce with threats or violence |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Paul J. Staso, Special Agent (FBI)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 22, 2025

_____
Judge's signature

City and state: Detroit, Michigan

Elizabeth A. Stafford
Hon. David R. Grand, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Paul J Staso, being sworn, depose and state the following:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March of 2020. I am currently assigned to the FBI Detroit Violent Crime Task Force (VCTF). I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2. The information set forth in this affidavit is based on my investigation, review of documents, photographs, and videos, as well as review of information from other law enforcement agents and investigators, witnesses, individuals with knowledge of this matter, and information gained through my training and experience.

3. The information in this affidavit is provided for the limited purpose of establishing probable cause and does not set forth all details or facts related to this investigation.

4. I submit this affidavit in support of a criminal complaint and arrest warrant for Andrew Lamar ORR (XX/XX/2005), for a violation of 18 U.S.C. § 1951 (Hobbs Act robbery), that prohibits interference with commerce by threats or violence.

## PROBABLE CAUSE

*Lyft Vehicle Stolen at Gunpoint*

5. On April 17, 2025, Victim 1 (V1), a Lyft car driver, received a ride request with a pick-up location at a coney island on Woodward Avenue in Detroit, Michigan. The ride drop-off location was on Fullerton Avenue, just west of Linwood Street, also in Detroit, Michigan.

6. Around 1:38 a.m., V1 picked up a male passenger later identified as Andrew ORR, at the designated pick-up location.  ORR entered V1's vehicle, a black 2019 Volkswagen Passat, and sat in the backseat. When ORR entered the vehicle, he was wearing black pants, a black jacket, black and white shoes, and with red socks.

7. V1 drove ORR to the drop-off location. When the Lyft ride ended at the drop-off location, a second male (S2), approached the driver's side window and began knocking on it. When V1 rolled the window down to ask S2 what he wanted, ORR pointed a firearm into V1's side and

2

demanded V1 exit the vehicle. V1 opened the driver's door and ran out of the car to a nearby gas station on Linwood. ORR and S2 fled the area with V1's vehicle and cellular phone that he used for his Lyft business.

8. Police later recovered V1's vehicle on Highland Street and Woodrow Wilson, in Detroit.

*Identifying ORR*

9. Law enforcement obtained CCTV footage from the coney island that served as the Lyft pickup location. On CCTV, a tall black male, who appeared consistent with the description of ORR was observed entering V1's vehicle. In the footage, the man can be seen wearing a tether. A screenshot of the same person inside the coney island can be seen below:



10. Law enforcement requested tether data from Wayne County for the area of the coney island around the time of the robbery. Wayne

3

County confirmed that a tether belonging to ORR was near the coney island at the time.

11. Specifically, tether data showed ORR in the vicinity of the coney island during the time of the pick-up, moving as though ORR was driving in a vehicle to the area of the drop-off location, continuing to drive around the area, and finally travelling to the vicinity of the place where V1's car was later recovered before eventually arriving at ORR's home address in Detroit.

12. As part of the investigation, law enforcement surveilled ORR's home, and he was asked to step outside. When Orr stepped outside, he appeared to be wearing the same clothing that he was wearing when he was seen on the CCTV footage inside the coney island before the robbery.

*Search Warrant Execution*

13. Police sought and obtained a search warrant for ORR's residence. While executing the search warrant, law enforcement observed a pill bottle and a Visa card both bearing the name Andrew ORR in one of the rooms. Additionally, within this room law enforcement found black and white Nike shoes and red socks consistent with what ORR wore during the robbery.

*The Robbery Affected Interstate Commerce*

14. Based on my training and experience I know that Lyft, which is headquartered in San Francisco, California, is a commercial business engaged in interstate commerce. I also know that Lyft, through the internet, provides a marketplace where, among other things, people seeking transportation to certain destinations ("Riders") can be matched with transportation options.

15. Drivers for Lyft, like V1, are paid a Driver's fare, mostly through electronic payment using an internet application and online-banking, as well as additional payments, if applicable, including: (i) any tips provided by a Rider, (ii) any surcharges Lyft collect's for remittance, (iii) any tolls, damage, or similar charges Lyft collects on a drivers' behalf, and (iv) any bonuses, incentives, or other payments drivers earn based on their provision of Rideshare Services.

## **CONCLUSION**

16. Based on the foregoing, there is probable cause to believe that Andrew ORR, violated 18 U.S.C. § 1951, Hobbs Act, that prohibits interference with commerce by threats or violence.

5

Specifically, ORR used a firearm to rob V1, who was acting as a business contractor for Lyft, a business engaged in interstate commerce.

                                    Respectfully submitted,

                                    Paul J Staso, Special Agent
                                    Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

~~HON. DAVID R. GRAND~~  Elizabeth A. Stafford
UNITED STATES MAGISTRATE JUDGE

6